FILED
MAR 20 2019
SUSAN Y. SOONG
CLERK, U.S. DISTRICT COURT
NORTH DISTRICT OF CALIFORNIA

M/D 1

IN THE UNITED STATES DISTRICT COURT FOR

Victoria R. Peterson
Full name and prison name of Plaintiff(s)

v.

FCI Dublin
William Martinez
Warden Jenkins

Name of person(s) who violated your constitutional rights. (List the names of all the person.)

CIVIL ACTION NO. CV 19 1447 KAW
(To be supplied by Clerk of U.S. District Court)

(PR)

I. PREVIOUS LAWSUITS

A. Have you begun other lawsuits in state or federal court dealing with the same or similar facts involved in this action? YES ☐ No ☒

B. Have you begun other lawsuits in state or federal court relating to your imprisonment? YES ☐ NO ☒

C. If your answer to A or B is yes, describe each lawsuit in the space below. (If there is more than one lawsuit, describe the additional lawsuits on another piece of paper, using the same outline.)

1. Parties to this previous lawsuit:

   Plaintiff(s) _____

   _____

   Defendant(s) _____

   _____

2. Court (if federal court, name the district; if state court, name the county)

   _____

   _____

3. Docket number _____

4. Name of judge to whom case was assigned _____
   _____

5. Disposition (for example: was the case dismissed? Was it appealed? Is it still pending?) _____

6. Approximate date of filing lawsuit _____

7. Approximate date of disposition _____

II. PLACE OF PRESENT CONFINEMENT  FCI AliceVille
    11070 Highway 14 - Aliceville Alabama 35442
    PLACE OR INSTITUTION WHERE INCIDENT OCCURRED  FCI Dublin
    5701 8th st Dublin CA 94568

III. NAME AND ADDRESS OF INDIVIDUAL(S) YOU ALLEGE VIOLATED YOUR CONSTITUTIONAL RIGHTS.

    NAME                              ADDRESS

1. FCI Dublin                         5701 8th st Dublin CA 94568
2. William Martinez
3. Warden Jenkins
4.
5.
6.

IV. THE DATE UPON WHICH SAID VIOLATION OCCURRED  9-21-17
    Investigation Started (Incident occured 2016 through 2017)

V. STATE BRIEFLY THE GROUNDS ON WHICH YOU BASE YOUR ALLEGATION THAT YOUR CONSTITUTIONAL RIGHTS ARE BEING VIOLATED:

   GROUND ONE:   Violated 8th Amendment; exessive force

STATE BRIEFLY THE FACTS WHICH SUPPORT THIS GROUND. (State as best you can the time, place and manner and person involved.)

Officer William Martinez was investigated for a PREA case with me, after staff initiated the investigation. OIG was involved. Officer Martinez abused his power of authority using excessive force to have sex with me.

GROUND TWO: Violation of 14th amendment; right to due process.

SUPPORTING FACTS: Even after an investigation was conducted and I was found to be the third inmate victim of Mr. Martinez in Regards to PREA no legal action was taken by any admin staff, SIS or OIG and Mr. Martinez remains working to date in Dublin Federal Prison.

GROUND THREE: Personal injury

SUPPORTING FACTS: My safety, mental anguish, emotional distress pain & suffering were all repercussions for me because of Mr Martinez and the lack of effort by all staff personnel to take this reoccuring event seriously, failing to comply w/ policy & procedure set by the hierarchy of the BOP

VI. STATE BRIEFLY EXACTLY WHAT YOU WANT THE COURT TO DO FOR YOU. MAKE NO LEGAL ARGUMENT. CITE NO CASES OR STATUTES.

I would like idemnification appropriate for the circumstances. $2 million in compensatory damages $5 million in punitive damages totalling 7 million.

Signature of plaintiff(s)

I declare under penalty of perjury that the foregoing is true and correct.

Executed on 3-7-19
(Date)

Signature of plaintiff(s)