GREGORY S. WALSTON, State Bar No. 196776
WALSTON LAW, INC.
Four Charlton Court
San Francisco, California 94123
Telephone: (415) 956-9200
Facsimile: (415) 956-9205
Email: gwalston@walstonlaw.com

ATTORNEYS FOR DEFENDANT
DEFENDANT MARTINEZ

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| VICTORIA PETERSON,<br><br>                   Plaintiff,<br><br>     v.<br><br>DEFENDANT MARTINEZ, et al.,<br><br>                  Defendants. | Case No. 3:19-cv-01447-WHO<br><br>**ANSWER OF DEFENDANT WILLIAM MARTINEZ TO PLAINTIFF'S AMENDED COMPLAINT**<br><br>**JURY TRIAL DEMANDED** |

Defendant William Martinez answers the Amended Complaint as follows.

1. Defendant Martinez denies the allegations in paragraph 1.

2. Defendant Martinez admits the allegations in paragraph 2.

3. Defendant Martinez denies the allegations in paragraph 3.

4. Defendant Martinez denies the allegations in paragraph 4.

5. Defendant Martinez denies the allegations in paragraph 5.

6. Defendant Martinez denies the allegations in paragraph 6.

7. Defendant Martinez denies the allegations in paragraph 7.

8. Defendant Martinez denies the allegations in paragraph 8.

9. Defendant Martinez denies the allegations in paragraph 9.

- 1 -

10. Defendant Martinez denies the allegations in paragraph 10.

11. Defendant Martinez denies the allegations in paragraph 11.

12. Defendant Martinez denies the substance of plaintiff's allegations referenced in paragraph 12. As to plaintiff's motive for bringing this action, plaintiff lacks knowledge and sufficient information to form a belief and on that basis denies plaintiff's allegations.

13. Defendant Martinez admits the allegations in paragraph 13 that plaintiff is seeking the various damages stated.

14. Defendant Martinez admits the allegations in paragraph 14.

15. Defendant Martinez admits the allegations in paragraph 15.

16. Defendant Martinez admits the allegations in paragraph 16.

17. Defendant Martinez admits the allegations in paragraph 17.

18. Defendant Martinez admits the allegations in paragraph 18, except with respect to the allegation that plaintiff is a citizen of the State of Washington, which plaintiff denies on the basis of lack of knowledge and sufficient information to form a belief.

19. Defendant Martinez denies the allegations in paragraph 19 that he was not acting within the scope of his employment. Defendant otherwise admits the allegations in paragraph 19.

20. Defendant Martinez admits the allegations in paragraph 20.

21. Defendant Martinez admits the allegations in paragraph 21.

22. Defendant Martinez admits the allegations in paragraph 22.

23. Defendant Martinez admits the allegations in paragraph 23.

24. Defendant Martinez admits the allegations in paragraph 24.

25. Defendant Martinez lacks knowledge and sufficient information to form a belief with respect to the allegations in paragraph 25 and on that basis denies them.

26. Defendant Martinez admits the allegations in paragraph 26.

27. Defendant Martinez admits the allegations in paragraph 27.

28. Defendant Martinez admits the allegations in paragraph 28.

29. Defendant Martinez admits the allegations in paragraph 29.

30. Defendant Martinez admits the allegations in paragraph 30.

31. Defendant Martinez admits the allegations in paragraph 31.

32. Defendant Martinez denies paragraph 32 that there is a high risk for retaliation, and otherwise admits the allegations in paragraph 32.

33. Defendant Martinez denies there is any policy that, per se, prohibits assigning a referenced inmate to protective custody. Defendant Martinez otherwise admits the allegations of paragraph 33.

34. Defendant Martinez admits that plaintiff has accurately quoted the prison policies alleged in paragraph 34.

35. Defendant Martinez does not know which sections of the Prison Rape Elimination Act paragraph 35 is referring to, and therefore denies those allegations based on lack of knowledge and sufficient information to form a belief.

36. Defendant Martinez admits that plaintiff has accurately quoted the statute alleged in paragraph 36.

37. Defendant Martinez admits the allegations in paragraph 37.

38. Defendant Martinez lacks knowledge and sufficient information to form a belief with respect to the allegations in paragraph 38 and on that basis denies them.

39. Defendant Martinez lacks knowledge and sufficient information to form a belief with respect to the allegations in paragraph 39 and on that basis denies them.

40. Defendant Martinez lacks knowledge and sufficient information to form a belief with respect to the allegations in paragraph 40 and on that basis denies them.

41. Defendant Martinez denies the allegations in paragraph 41.

42. Defendant Martinez lacks knowledge and sufficient information to form a belief with respect to the allegations in paragraph 42 and on that basis denies them.

43. Defendant Martinez lacks knowledge and sufficient information to form a belief with respect to the allegations in paragraph 43 and on that basis denies them.

44. Defendant Martinez lacks knowledge and sufficient information to form a belief with respect to the allegations in paragraph 44 and on that basis denies them.

45. Defendant Martinez lacks knowledge and sufficient information to form a belief with respect to the allegations in paragraph 45 and on that basis denies them.

46. Defendant Martinez disputes that his substitution for another employee was the only reason he came into contact with the plaintiff, and otherwise admits the allegations in paragraph 46.

47. Defendant Martinez denies the allegations in paragraph 47.

48. Defendant Martinez denies the allegations in paragraph 48.

49. Defendant Martinez denies the allegations in paragraph 49.

50. Defendant Martinez denies the allegations in paragraph 50.

51. Defendant Martinez denies the allegations in paragraph 51.

52. Defendant Martinez denies the allegations in paragraph 52.

53. Defendant Martinez denies the allegations in paragraph 53.

54. Defendant Martinez denies the allegations in paragraph 54.

55. Defendant Martinez denies the allegations in paragraph 55.

56. Defendant Martinez denies the allegations in paragraph 56.

57. Defendant Martinez denies the allegations in paragraph 57.

58. Defendant Martinez denies the allegations in paragraph 58.

59. Defendant Martinez denies the allegations in paragraph 59.

60. Defendant Martinez denies the allegations in paragraph 60.

61. Defendant Martinez denies the allegations in paragraph 61.

62. Defendant Martinez denies the allegations in paragraph 62.

63. Defendant Martinez lacks knowledge and sufficient information to form a belief with respect to the allegations in paragraph 63 and on that basis denies them.

64. Defendant Martinez lacks knowledge and sufficient information to form a belief with respect to the allegations in paragraph 64 and on that basis denies them.

65. Defendant Martinez lacks knowledge and sufficient information to form a belief with respect to the allegations in paragraph 65 and on that basis denies them.

66. Defendant Martinez lacks knowledge and sufficient information to form a belief with respect to the allegations in paragraph 66 and on that basis denies them.

67. Defendant Martinez lacks knowledge and sufficient information to form a belief with respect to the allegations in paragraph 67 and on that basis denies them.

68. Defendant Martinez lacks knowledge and sufficient information to form a belief with respect to the allegations in paragraph 68 and on that basis denies them.

69. Defendant Martinez lacks knowledge and sufficient information to form a belief with respect to the allegations in paragraph 69 and on that basis denies them.

70. Defendant Martinez lacks knowledge and sufficient information to form a belief with respect to the allegations in paragraph 70 and on that basis denies them.

71. Defendant Martinez lacks knowledge and sufficient information to form a belief with respect to the allegations in paragraph 71 and on that basis denies them.

72. Defendant Martinez lacks knowledge and sufficient information to form a belief with respect to the allegations in paragraph 72 and on that basis denies them.

73. Defendant Martinez lacks knowledge and sufficient information to form a belief with respect to the allegations in paragraph 73 and on that basis denies them.

74. Defendant Martinez lacks knowledge and sufficient information to form a belief with respect to the allegations in paragraph 74 and on that basis denies them.

75. Defendant Martinez lacks knowledge and sufficient information to form a belief with respect to the allegations in paragraph 75 and on that basis denies them.

76. Defendant Martinez lacks knowledge and sufficient information to form a belief with respect to the allegations in paragraph 76 and on that basis denies them.

77. Defendant Martinez lacks knowledge and sufficient information to form a belief with respect to the allegations in paragraph 77 and on that basis denies them.

78. Defendant Martinez lacks knowledge and sufficient information to form a belief with respect to the allegations in paragraph 78 and on that basis denies them.

79. Defendant Martinez lacks knowledge and sufficient information to form a belief with respect to the allegations in paragraph 79 and on that basis denies them.

80. Defendant Martinez lacks knowledge and sufficient information to form a belief with respect to the allegations in paragraph 80 and on that basis denies them.

81. Defendant Martinez lacks knowledge and sufficient information to form a belief with respect to the allegations in paragraph 81 and on that basis denies them.

82. Defendant Martinez lacks knowledge and sufficient information to form a belief with respect to the allegations in paragraph 82 and on that basis denies them.

83. Defendant Martinez lacks knowledge and sufficient information to form a belief with respect to the allegations in paragraph 83 and on that basis denies them.

84. Defendant Martinez lacks knowledge and sufficient information to form a belief with respect to the allegations in paragraph 84 and on that basis denies them.

85. Defendant Martinez lacks knowledge and sufficient information to form a belief with respect to the allegations in paragraph 85 and on that basis denies them.

86. Defendant Martinez lacks knowledge and sufficient information to form a belief with respect to the allegations in paragraph 86 and on that basis denies them.

87. Defendant Martinez lacks knowledge and sufficient information to form a belief with respect to the allegations in paragraph 87 and on that basis denies them.

88. Defendant Martinez lacks knowledge and sufficient information to form a belief with respect to the allegations in paragraph 88 and on that basis denies them.

89. Defendant Martinez admits the allegations in paragraph 89.

90. Defendant Martinez reiterates his previous respective denials and admissions in response to paragraph 90.

91. Defendant Martinez admits the allegations in paragraph 91.

92. Defendant Martinez admits the allegations in paragraph 92.

93. Defendant Martinez denies the allegations in paragraph 93.

94. Defendant Martinez denies the allegations in paragraph 94.

95. Defendant Martinez denies the allegations in paragraph 95.

96. Defendant Martinez denies the allegations in paragraph 96.

97. Defendant Martinez denies the allegations in paragraph 97.

*Peterson v. Martinez, et al.,*
*Answer*

98. Defendant Martinez admits plaintiff is seeking the damages referenced in paragraph 98.

99. Defendant Martinez reiterates his previous respective denials and admissions in response to paragraph 99.

100. Defendant Martinez admits the allegations in paragraph 100.

101. Defendant Martinez admits the allegations in paragraph 101.

102. Defendant Martinez denies the allegations in paragraph 102.

103. Defendant Martinez denies the allegations in paragraph 103.

104. Defendant Martinez denies the allegations in paragraph 104.

105. Defendant Martinez denies the allegations in paragraph 105.

106. Defendant Martinez admits plaintiff is seeking the damages referenced in paragraph 106.

107. Defendant Martinez admits plaintiff is seeking the fees referenced in paragraph 107.

108. Defendant Martinez reiterates his previous respective denials and admissions in response to paragraph 108.

109. Defendant Martinez admits the allegations in paragraph 109.

110. Defendant Martinez denies the allegations in paragraph 110.

111. Defendant Martinez denies the allegations in paragraph 111.

112. Defendant Martinez denies the allegations in paragraph 112.

113. Defendant Martinez denies the allegations in paragraph 113.

114. Defendant Martinez denies the allegations in paragraph 114.

115. Defendant Martinez denies the allegations in paragraph 115.

116. Defendant Martinez denies the allegations in paragraph 116.

117. Defendant Martinez denies the allegations in paragraph 117.

118. Defendant Martinez admits plaintiff is seeking the damages referenced in paragraph 118.

*Peterson v. Martinez, et al.,*
*Answer*

119. Defendant Martinez reiterates his previous respective denials and admissions in response to paragraph 119.

120. Defendant Martinez admits the allegations in paragraph 120.

121. Defendant Martinez denies the allegations in paragraph 121.

122. Defendant Martinez denies the allegations in paragraph 122.

123. Defendant Martinez denies the allegations in paragraph 123.

124. Defendant Martinez denies the allegations in paragraph 124.

125. Defendant Martinez denies the allegations in paragraph 125.

126. Defendant Martinez denies the allegations in paragraph 126.

127. Defendant Martinez denies the allegations in paragraph 127.

128. Defendant Martinez denies the allegations in paragraph 128.

129. Defendant Martinez admits plaintiff is seeking the damages referenced in paragraph 129.

130. Defendant Martinez reiterates his previous respective denials and admissions in response to paragraph 130.

131. Defendant Martinez admits the allegations in paragraph 131.

132. Defendant Martinez denies the allegations in paragraph 132.

133. Defendant Martinez denies the allegations in paragraph 133.

134. Defendant Martinez denies the allegations in paragraph 134.

135. Defendant Martinez denies the allegations in paragraph 135.

136. Defendant Martinez denies the allegations in paragraph 136.

137. Defendant Martinez admits plaintiff is seeking the damages referenced in paragraph 137.

138. Defendant Martinez reiterates his previous respective denials and admissions in response to paragraph 138.

139. Defendant Martinez admits the allegations in paragraph 139.

140. Defendant Martinez denies he had a "heightened duty," but admits he had a duty of care.

141. Defendant Martinez denies the allegations in paragraph 141.

142. Defendant Martinez denies the allegations in paragraph 142.

143. Defendant Martinez denies the allegations in paragraph 143.

144. Defendant Martinez denies the allegations in paragraph 144.

145. Defendant Martinez denies the allegations in paragraph 145.

146. Defendant Martinez denies the allegations in paragraph 146.

147. Defendant Martinez admits plaintiff is seeking the damages referenced in paragraph 147.

148. Defendant Martinez reiterates his previous respective denials and admissions in response to paragraph 148.

149. Defendant Martinez admits the allegations in paragraph 149.

150. Defendant Martinez denies he had a "heightened duty," but admits he had a duty of care.

151. Defendant Martinez denies the allegations in paragraph 151.

152. Defendant Martinez denies the allegations in paragraph 152.

153. Defendant Martinez denies the allegations in paragraph 153.

154. Defendant Martinez denies the allegations in paragraph 154.

155. Defendant Martinez denies the allegations in paragraph 155.

156. Defendant Martinez denies the allegations in paragraph 156.

157. Defendant Martinez admits plaintiff is seeking the damages referenced in paragraph 157.

158. Defendant Martinez reiterates his previous respective denials and admissions in response to paragraph 158.

159. Defendant Martinez admits the allegations in paragraph 159.

160. Defendant Martinez lacks knowledge and sufficient information to form a belief with respect to the allegations in paragraph 160 and on that basis denies them.

161. Defendant Martinez lacks knowledge and sufficient information to form a belief with respect to the allegations in paragraph 161 and on that basis denies them.

- 9 -

162.   Defendant Martinez reiterates his previous respective denials and admissions in response to paragraph 162.

163.   Defendant Martinez reiterates his previous respective denials and admissions in response to paragraph 163.

164.   Defendant Martinez reiterates his previous respective denials and admissions in response to paragraph 164.

165.   Defendant Martinez reiterates his previous respective denials and admissions in response to paragraph 165.

166.   Defendant Martinez reiterates his previous respective denials and admissions in response to paragraph 166.

167.   Defendant Martinez reiterates his previous respective denials and admissions in response to paragraph 167.

168.   Defendant Martinez reiterates his previous respective denials and admissions in response to paragraph 168.

169.   Defendant Martinez reiterates his previous respective denials and admissions in response to paragraph 169.

170.   Defendant Martinez reiterates his previous respective denials and admissions in response to paragraph 170.

171.   Defendant Martinez admits the allegations in paragraph 171.

172.   Defendant Martinez lacks knowledge and sufficient information to form a belief with respect to the allegations in paragraph 172 and on that basis denies them.

173.   Defendant Martinez lacks knowledge and sufficient information to form a belief with respect to the allegations in paragraph 173 and on that basis denies them.

174.   Defendant Martinez lacks knowledge and sufficient information to form a belief with respect to the allegations in paragraph 174 and on that basis denies them.

175.   Defendant Martinez lacks knowledge and sufficient information to form a belief with respect to the allegations in paragraph 175 and on that basis denies them.

*Peterson v. Martinez, et al.,*
*Answer*

176. Defendant Martinez lacks knowledge and sufficient information to form a belief with respect to the allegations in paragraph 176 and on that basis denies them.

177. Defendant Martinez lacks knowledge and sufficient information to form a belief with respect to the allegations in paragraph 177 and on that basis denies them.

178. Defendant Martinez lacks knowledge and sufficient information to form a belief with respect to the allegations in paragraph 178 and on that basis denies them.

179. Defendant Martinez lacks knowledge and sufficient information to form a belief with respect to the allegations in paragraph 179 and on that basis denies them.

180. Defendant Martinez lacks knowledge and sufficient information to form a belief with respect to the allegations in paragraph 180 and on that basis denies them.

181. Defendant Martinez lacks knowledge and sufficient information to form a belief with respect to the allegations in paragraph 181 and on that basis denies them.

182. Defendant Martinez lacks knowledge and sufficient information to form a belief with respect to the allegations in paragraph 182 and on that basis denies them.

183. Defendant Martinez lacks knowledge and sufficient information to form a belief with respect to the allegations in paragraph 183 and on that basis denies them.

184. Defendant Martinez reiterates his previous respective denials and admissions in response to paragraph 184.

185. Defendant Martinez admits the allegations in paragraph 185.

186. Defendant Martinez lacks knowledge and sufficient information to form a belief with respect to the allegations in paragraph 186 and on that basis denies them.

187. Defendant Martinez lacks knowledge and sufficient information to form a belief with respect to the allegations in paragraph 187 and on that basis denies them.

188. Defendant Martinez lacks knowledge and sufficient information to form a belief with respect to the allegations in paragraph 188 and on that basis denies them.

189. Defendant Martinez lacks knowledge and sufficient information to form a belief with respect to the allegations in paragraph 189 and on that basis denies them.

190. Defendant Martinez lacks knowledge and sufficient information to form a belief with respect to the allegations in paragraph 190 and on that basis denies them.

191. Defendant Martinez lacks knowledge and sufficient information to form a belief with respect to the allegations in paragraph 191 and on that basis denies them.

192. Defendant Martinez lacks knowledge and sufficient information to form a belief with respect to the allegations in paragraph 192 and on that basis denies them.

193. Defendant Martinez lacks knowledge and sufficient information to form a belief with respect to the allegations in paragraph 193 and on that basis denies them.

194. Defendant Martinez lacks knowledge and sufficient information to form a belief with respect to the allegations in paragraph 194 and on that basis denies them.

195. Defendant Martinez lacks knowledge and sufficient information to form a belief with respect to the allegations in paragraph 195 and on that basis denies them.

196. Defendant Martinez lacks knowledge and sufficient information to form a belief with respect to the allegations in paragraph 196 and on that basis denies them.

197. Defendant Martinez lacks knowledge and sufficient information to form a belief with respect to the allegations in paragraph 197 and on that basis denies them.

198. Defendant Martinez lacks knowledge and sufficient information to form a belief with respect to the allegations in paragraph 198 and on that basis denies them.

199. Defendant Martinez lacks knowledge and sufficient information to form a belief with respect to the allegations in paragraph 199 and on that basis denies them.

200. Defendant Martinez lacks knowledge and sufficient information to form a belief with respect to the allegations in paragraph 200 and on that basis denies them.

201. Defendant Martinez lacks knowledge and sufficient information to form a belief with respect to the allegations in paragraph 201 and on that basis denies them.

202. Defendant Martinez lacks knowledge and sufficient information to form a belief with respect to the allegations in paragraph 202 and on that basis denies them.

203. Defendant Martinez lacks knowledge and sufficient information to form a belief with respect to the allegations in paragraph 203 and on that basis denies them.

204. Defendant Martinez lacks knowledge and sufficient information to form a belief with respect to the allegations in paragraph 204 and on that basis denies them.

205. Defendant Martinez admits the allegations in paragraph 205.

206. Defendant Martinez lacks knowledge and sufficient information to form a belief with respect to the allegations in paragraph 206 and on that basis denies them.

207. Defendant Martinez lacks knowledge and sufficient information to form a belief with respect to the allegations in paragraph 207 and on that basis denies them.

208. Defendant Martinez lacks knowledge and sufficient information to form a belief with respect to the allegations in paragraph 208 and on that basis denies them.

209. Defendant Martinez lacks knowledge and sufficient information to form a belief with respect to the allegations in paragraph 209 and on that basis denies them.

210. Defendant Martinez lacks knowledge and sufficient information to form a belief with respect to the allegations in paragraph 210 and on that basis denies them.

211. Defendant Martinez reiterates his previous respective denials and admissions in response to paragraph 211.

212. Defendant Martinez lacks knowledge and sufficient information to form a belief with respect to the allegations in paragraph 212 and on that basis denies them.

213. Defendant Martinez admits the allegations in paragraph 213.

214. Defendant Martinez lacks knowledge and sufficient information to form a belief with respect to the allegations in paragraph 214 and on that basis denies them.

215. Defendant Martinez lacks knowledge and sufficient information to form a belief with respect to the allegations in paragraph 215 and on that basis denies them.

216. Defendant Martinez denies ever sexually assaulting plaintiff, but lacks knowledge and sufficient information to form a belief with respect to the remaining allegations in paragraph 216 and on that basis denies them.

217. Defendant Martinez denies ever sexually assaulting plaintiff, but lacks knowledge and sufficient information to form a belief with respect to the remaining allegations in paragraph 217 and on that basis denies them.

218. Defendant Martinez lacks knowledge and sufficient information to form a belief with respect to the allegations in paragraph 218 and on that basis denies them.

219. Defendant Martinez lacks knowledge and sufficient information to form a belief with respect to the allegations in paragraph 219 and on that basis denies them.

220. Defendant Martinez lacks knowledge and sufficient information to form a belief with respect to the allegations in paragraph 220 and on that basis denies them.

221. Defendant Martinez denies ever sexually assaulting plaintiff, but lacks knowledge and sufficient information to form a belief with respect to the remaining allegations in paragraph 221 and on that basis denies them.

222. Defendant Martinez denies ever sexually assaulting plaintiff, but lacks knowledge and sufficient information to form a belief with respect to the remaining allegations in paragraph 222 and on that basis denies them.

223. Defendant Martinez lacks knowledge and sufficient information to form a belief with respect to the allegations in paragraph 223 and on that basis denies them.

224. Defendant Martinez lacks knowledge and sufficient information to form a belief with respect to the allegations in paragraph 224 and on that basis denies them.

225. Defendant Martinez denies ever sexually assaulting plaintiff, but lacks knowledge and sufficient information to form a belief with respect to the remaining allegations in paragraph 225 and on that basis denies them.

226. Defendant Martinez lacks knowledge and sufficient information to form a belief with respect to the allegations in paragraph 226 and on that basis denies them.

227. Defendant Martinez lacks knowledge and sufficient information to form a belief with respect to the allegations in paragraph 227 and on that basis denies them.

228. Defendant Martinez lacks knowledge and sufficient information to form a belief with respect to the allegations in paragraph 228 and on that basis denies them.

229. Defendant Martinez lacks knowledge and sufficient information to form a belief with respect to the allegations in paragraph 229 and on that basis denies them.

230. Defendant Martinez reiterates his previous respective denials and admissions in response to paragraph 230.

231. Defendant Martinez lacks knowledge and sufficient information to form a belief with respect to the allegations in paragraph 231 and on that basis denies them.

232. Defendant Martinez lacks knowledge and sufficient information to form a belief with respect to the allegations in paragraph 232 and on that basis denies them.

233. Defendant Martinez lacks knowledge and sufficient information to form a belief with respect to the allegations in paragraph 233 and on that basis denies them.

234. Defendant Martinez lacks knowledge and sufficient information to form a belief with respect to the allegations in paragraph 234 and on that basis denies them.

235. Defendant Martinez lacks knowledge and sufficient information to form a belief with respect to the allegations in paragraph 235 and on that basis denies them.

236. Defendant Martinez denies ever sexually assaulting plaintiff, but lacks knowledge and sufficient information to form a belief with respect to the remaining allegations in paragraph 236 and on that basis denies them.

237. Defendant Martinez lacks knowledge and sufficient information to form a belief with respect to the allegations in paragraph 237 and on that basis denies them.

238. Defendant Martinez lacks knowledge and sufficient information to form a belief with respect to the allegations in paragraph 238 and on that basis denies them.

239. Defendant Martinez denies ever sexually assaulting plaintiff, but lacks knowledge and sufficient information to form a belief with respect to the remaining allegations in paragraph 239 and on that basis denies them.

240. Defendant Martinez denies ever sexually assaulting plaintiff, but lacks knowledge and sufficient information to form a belief with respect to the remaining allegations in paragraph 240 and on that basis denies them.

241. Defendant Martinez denies ever sexually assaulting plaintiff, but lacks knowledge and sufficient information to form a belief with respect to the remaining allegations in paragraph 241 and on that basis denies them.

242. Defendant Martinez denies ever sexually assaulting plaintiff, but lacks knowledge and sufficient information to form a belief with respect to the remaining allegations in paragraph 242 and on that basis denies them.

243. Defendant Martinez lacks knowledge and sufficient information to form a belief with respect to the allegations in paragraph 243 and on that basis denies them.

244. Defendant Martinez lacks knowledge and sufficient information to form a belief with respect to the allegations in paragraph 244 and on that basis denies them.

245. Defendant Martinez lacks knowledge and sufficient information to form a belief with respect to the allegations in paragraph 245 and on that basis denies them.

246. Defendant Martinez lacks knowledge and sufficient information to form a belief with respect to the allegations in paragraph 246 and on that basis denies them.

247. Defendant Martinez reiterates his previous respective denials and admissions in response to paragraph 247.

248. Defendant Martinez lacks knowledge and sufficient information to form a belief with respect to the allegations in paragraph 248 and on that basis denies them.

249. Defendant Martinez admits the allegations in paragraph 249.

250. Defendant Martinez lacks knowledge and sufficient information to form a belief with respect to the allegations in paragraph 250 and on that basis denies them.

251. Defendant Martinez lacks knowledge and sufficient information to form a belief with respect to the allegations in paragraph 251 and on that basis denies them.

252. Defendant Martinez denies ever sexually assaulting plaintiff, but lacks knowledge and sufficient information to form a belief with respect to the remaining allegations in paragraph 252 and on that basis denies them.

253. Defendant Martinez denies ever sexually assaulting plaintiff, but lacks knowledge and sufficient information to form a belief with respect to the remaining allegations in paragraph 253 and on that basis denies them.

*Peterson v. Martinez, et al.,*
*Answer*

254. Defendant Martinez denies ever sexually assaulting plaintiff, but lacks knowledge and sufficient information to form a belief with respect to the remaining allegations in paragraph 254 and on that basis denies them.

255. Defendant Martinez lacks knowledge and sufficient information to form a belief with respect to the allegations in paragraph 255 and on that basis denies them.

256. Defendant Martinez lacks knowledge and sufficient information to form a belief with respect to the allegations in paragraph 256 and on that basis denies them.

257. Defendant Martinez lacks knowledge and sufficient information to form a belief with respect to the allegations in paragraph 257 and on that basis denies them.

258. Defendant Martinez denies ever sexually assaulting plaintiff, but lacks knowledge and sufficient information to form a belief with respect to the remaining allegations in paragraph 258 and on that basis denies them.

259. Defendant Martinez denies ever sexually assaulting plaintiff, but lacks knowledge and sufficient information to form a belief with respect to the remaining allegations in paragraph 259 and on that basis denies them.

260. Defendant Martinez denies ever sexually assaulting plaintiff, but lacks knowledge and sufficient information to form a belief with respect to the remaining allegations in paragraph 260 and on that basis denies them.

261. Defendant Martinez lacks knowledge and sufficient information to form a belief with respect to the allegations in paragraph 261 and on that basis denies them.

262. Defendant Martinez lacks knowledge and sufficient information to form a belief with respect to the allegations in paragraph 262 and on that basis denies them.

## FIRST AFFIRMATIVE DEFENSE

Plaintiff's Amended Complaint fails to state a claim for relief.

## SECOND AFFIRMATIVE DEFENSE

Plaintiff's claims are barred by the statute of limitations because the alleged acts and omissions giving rise to them occurred outside the applicable limitations period.

## THIRD AFFIRMATIVE DEFENSE

Defendant Martinez's acts and omissions at issue in this action are protected by the doctrine of qualified immunity and/or good faith immunity.

## FOURTH AFFIRMATIVE DEFENSE

Plaintiff failed to exhaust any and all available administrative remedies as required by law.

## FIFTH AFFIRMATIVE DEFENSE

As a separate affirmative defense to the Complaint, and to the purported causes of action set forth therein, Defendant alleges Plaintiff's damages, if any, were caused by the negligence and/or acts or omissions of parties other than Defendant, whether or not parties to this action. By reason thereof, Plaintiff's damages, if any, as against Defendant, should be reduced by the proportion of fault attributable to such other parties and, to the extent that this is necessary, Defendant may be entitled to partial indemnity from others on a comparative fault basis.

## SIXTH AFFIRMATIVE DEFENSE

As a separate affirmative defense to the Complaint, and to the purported causes of action set forth therein, Defendant alleges that Plaintiff's damages, if any, were caused by the primary negligence and/or acquiescence in the acts and omissions alleged in the Complaint by Plaintiff. By reason thereof, Plaintiff is not entitled to damages or any other relief whatsoever as against Defendant.

## SEVENTH AFFIRMATIVE DEFENSE

As a separate affirmative defense to the Complaint, and to the purported causes of action set forth therein, Defendant alleges Plaintiff's claims, if any, are barred by its failure, and/or the failure of the persons and/or entities acting on its behalf, to mitigate any purported damages.

## EIGHTH AFFIRMATIVE DEFENSE

As a separate affirmative defense to the Complaint, and to the purported causes of action set forth therein, Defendant alleges Plaintiff is barred in whole or in part from prosecuting the purported causes of action outlined in the Complaint by the Doctrine of Laches.

## NINTH AFFIRMATIVE DEFENSE

As a separate affirmative defense to the Complaint, and to the purported causes of action set forth therein, Defendant alleges Plaintiff has not been injured or damaged as a proximate result of any act or omission for which Defendant is responsible.

## TENTH AFFIRMTIVE DEFENSE

As a separate affirmative defense to the Complaint, and to the purported causes of action set forth therein, Defendant alleges that, as a result of its acts and/or omissions, Plaintiff waived any right she may have had to recover, and/or is estopped from recovering, any relief sought against Defendant.

WHEREFORE, Defendant Martinez prays for judgment as follows:

1.  That plaintiff takes nothing by way of her complaint;

2.  For costs of suit;

3.  For all other relief the Court deems just and proper.

Dated: May 15, 2020                          THE WALSTON LAW GROUP

_____

By: Gregory S. Walston

ATTORNEYS FOR DEFENDANT
MARTINEZ

- 19 -

**DEMAND FOR JURY TRIAL**

Defendant William Martinez demands trial by jury.

Dated: May 15, 2020                    THE WALSTON LAW GROUP

By: Gregory S. Walston

ATTORNEYS FOR DEFENDANT
MARTINEZ